# **EXHIBIT A**



P.O. Box 989728
West Sacramento, CA 95798-9728

Nicolas Sikaczowski



Enrollment Code:
To Enroll, Scan the QR Code Below:

Or Visit:
https://app.idx.us/account-creation/protect

April 8, 2025

Subject: Notice of Data Security Incident

Dear Nicolas Sikaczowski:

We are writing to inform you of a data security incident that may have involved your personal information. American Association of Colleges of Osteopathic Medicine ("AACOM") takes the privacy and security of the data under our care very seriously and we regret any concern or inconvenience this may cause. Please read this letter carefully as it contains information regarding the incident and steps you can take to help protect your personal information.

**What Happened.** On September 26, 2024, we discovered unusual activity associated with an employee email account. Upon discovery, we took steps to secure our email environment and engaged independent experts to complete a comprehensive investigation. The investigation determined that certain emails / attachments may have been accessed or acquired without authorization. We then undertook a comprehensive review to determine the nature of the information and the individuals to whom the information pertained, as well as to obtain the addresses for those individuals. That process was completed on March 31, 2025. Please note that we have no evidence of the misuse, or attempted misuse, of any potentially affected information.

**What Information Was Involved.** The information that may have been involved in this incident included your name and Social Security number.

**What We Are Doing.** As soon as we discovered this incident, we took the steps described above and implemented measures to enhance security and minimize the risk of a similar incident occurring in the future.

Although we have no evidence of the misuse of any information as a result of this incident, we are also offering you complimentary identity protection services through IDX, a data breach and recovery services expert. IDX identity protection services include: 12 months of credit and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed ID theft recovery services. With this protection, IDX will help you resolve issues if your information is compromised.

You can enroll in the IDX services by calling 1-877-798-4138 or by going to https://app.idx.us/account-creation/protect and using the enrollment code provided above. Please note the deadline to enroll is July 8, 2025.

**What You Can Do.** Please review this letter carefully, along with the guidance included with this letter about additional steps you can take to protect your information. You can also enroll in the IDX services, which are offered to you at no cost, using the instructions above. Please note the deadline to enroll in these complimentary services is July 8, 2025. Please do not discard this letter, as you will need the unique code provided above to access services.

## Steps You Can Take to Help Protect Your Personal Information

**Review Your Account Statements and Notify Law Enforcement of Suspicious Activity:** As a precautionary measure, we recommend that you remain vigilant by reviewing your account statements and credit reports closely. If you detect any suspicious activity on an account, you should promptly notify the financial institution or company with which the account is maintained. You also should promptly report any fraudulent activity or any suspected incidence of identity theft to proper law enforcement authorities, your state attorney general, and/or the Federal Trade Commission (the "FTC").

**Copy of Credit Report:** You may obtain a free copy of your credit report from each of the three major credit reporting agencies once every 12 months by visiting www.annualcreditreport.com/, calling toll-free 1-877-322-8228, or by completing an Annual Credit Report Request Form and mailing it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348. You also can contact one of the following three national credit reporting agencies:

| **Equifax** | **Experian** | **TransUnion** |
|---|---|---|
| P.O. Box 105851 | P.O. Box 9532 | P.O. Box 2000 |
| Atlanta, GA 30348 | Allen, TX 75013 | Chester, PA 19016 |
| 1-800-525-6285 | 1-888-397-3742 | 1-800-916-8800 |
| www.equifax.com | www.experian.com | www.transunion.com |

**Fraud Alert:** You may want to consider placing a fraud alert on your credit report. An initial fraud alert is free and will stay on your credit file for at least one year. The alert informs creditors of possible fraudulent activity within your report and requests that the creditor contact you prior to establishing any accounts in your name. To place a fraud alert on your credit report, contact any of the three credit reporting agencies identified above. Additional information is available at www.annualcreditreport.com.

**Security Freeze:** You have the right to put a security freeze on your credit file for up to one year at no cost. This will prevent new credit from being opened in your name without the use of a PIN number that is issued to you when you initiate the freeze. A security freeze is designed to prevent potential creditors from accessing your credit report without your consent. As a result, using a security freeze may interfere with or delay your ability to obtain credit. You must separately place a security freeze on your credit file with each credit reporting agency. In order to place a security freeze, you may be required to provide the consumer reporting agency with information that identifies you including your full name, Social Security number, date of birth, current and previous addresses, a copy of your state-issued identification card, and a recent utility bill, bank statement or insurance statement.

**Additional Free Resources:** You can obtain information from the consumer reporting agencies, the FTC, or from your respective state Attorney General about fraud alerts, security freezes, and steps you can take toward preventing identity theft. You may report suspected identity theft to local law enforcement, including to the FTC or to the Attorney General in your state.

| **Federal Trade Commission** | **Maryland Attorney General** | **Oregon Attorney General** |
|---|---|---|
| 600 Pennsylvania Ave, NW | 200 St. Paul Place | 1162 Court St., NE |
| Washington, DC 20580 | Baltimore, MD 21202 | Salem, OR 97301 |
| consumer.ftc.gov | www.marylandattorneygeneral.gov/Pages/CPD | www.doj.state.or.us/consumer-protection |
| 877-438-4338 | 888-743-0023 | 877-877-9392 |

| **California Attorney General** | **New York Attorney General** | **Rhode Island Attorney General** |
|---|---|---|
| 1300 I Street | The Capitol | 150 South Main Street |
| Sacramento, CA 95814 | Albany, NY 12224 | Providence, RI 02903 |
| www.oag.ca.gov/privacy | 800-771-7755 | www.riag.ri.gov |
| 800-952-5225 | ag.ny.gov | 401-274-4400 |